IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY ROLAND,** <br> **AIS 173444,** <br><br> Plaintiff, <br><br> vs. <br><br> **JAMES REYNOLDS, et al.,** <br><br> Defendants. | : <br><br> : <br><br> : <br> **CA 07-0755-CG-C** <br> : <br><br> : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 10, 2007, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 27th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE